Form defdso13

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Afton L.N. Fullwiley
39 N. Jackson Street, #1
Waukegan, IL 60085
SSN: xxx−xx−2058 EIN: N.A.

Case No. : 16−24679
Chapter : 13
Judge : A. Benjamin Goldgar

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
## OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: November 25, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 16-24679-ABG |
| Afton L.N. Fullwiley | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: lmendoza | Page 1 of 1 |
| Date Rcvd: Nov 25, 2020 | Form ID: defdso13 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

**Recip ID        Recipient Name and Address**
db            + Afton L.N. Fullwiley, 39 N. Jackson Street, #1, Waukegan, IL 60085-4145

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:

**Name**              **Email Address**

David M Siegel
                    on behalf of Debtor 1 Afton L.N. Fullwiley davidsiegelbk@gmail.com
                    R41057@notify.bestcase.com;johnellmannlaw@gmail.com

Glenn B Stearns
                    mcguckin_m@lisle13.com

TOTAL: 2